**Bernadette SERENO, Plaintiff—Appellant,**

v.

**VPA, INC., as Contract Administrator of the Long–Term Disability Plan of Albertson's Inc.; Albertson's Employees Health and Welfare Plan; Albertson's Employees' Health and Welfare Trust Board of Trustees; Albertson's, Inc.; Albertson's Inc. Employees' Disability Benefits Plan, Defendants—Appellees.**

No. 05–16893.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 18, 2007.*

Filed Oct. 22, 2007.

Joel F. Friedman, Esq., Jerome, Gibson & Stewart, Friedman & Stevenson, P.C., Phoenix, AZ, David Bryant, Daley Debofsky & Bryant, Chicago, IL, for Plaintiff–Appellant.

W. Mark Gavre, Esq., Parsons, Behle and Latimer, Salt Lake City, UT, Lawrence J. Rosenfeld, Esq., Leigh Anne Ciccarelli, Greenberg Traurig, LLP, Phoenix, AZ, for Defendants–Appellees.

Before: TROTT and GRABER, Circuit Judges, and SHADUR,** Senior District Judge.

## MEMORANDUM ***

Plaintiff Bernadette Sereno appeals the district court's grant of summary judgment to Defendants VPA, Inc., and Albertson's, and the district court's denial of Plaintiff's discovery request. Defendants denied long-term disability benefits to Plaintiff under the relevant disability-benefits plan, and Plaintiff brought suit under the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1132(a)(1)(B). In applying abuse of discretion review and ruling that discovery beyond the administrative record was unavailable, the district court faithfully applied the relevant law at the time. That law has since been overruled by *Abatie v. Alta Health & Life Insurance Co.*, 458 F.3d 955 (9th Cir.2006) (en banc). We therefore vacate the judgment and remand to the district court for reconsideration in the light of *Abatie* and, if appropriate, for the receipt of additional evidence.

VACATED and REMANDED. The parties shall bear their own costs on appeal.

---

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** The Honorable Milton I. Shadur, Senior United States District Judge for the Northern District of Illinois, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

